HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE LUIS VILLANUEVA DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE LUIS VILLANUEVA DIAZ,<br><br>                    Defendant. | No.  Cr. S 07-88 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable KIMBERLY J. MUELLER. |

Defendant, JOSE LUIS VILLANUEVA DIAZ by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On September 15, 2008, this Court sentenced Mr. Diaz to a term of 135 months imprisonment;

3.      His total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months;

1    4.    The sentencing range applicable to Mr. Diaz was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.    Mr. Diaz's total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months; however, he is subject to a mandatory statutory minimum term of 120 months;

6.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Diaz's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated:  April 23, 2015                                   Dated:   April 23, 2015

BENJAMIN B. WAGNER                              HEATHER E. WILLIAMS
United States Attorney                                   Federal Defender


 /s/ *Jason Hitt*                                                /s/ *David M. Porter*
JASON HITT                                                  DAVID M. PORTER
Assistant U.S. Attorney                                  Assistant Federal Defender

Attorney for Plaintiff                                       Attorney for Defendant
UNITED STATES OF AMERICA                    JOSE LUIS VILLANUEVA DIAZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Diaz is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months; however, he is subject to a mandatory statutory minimum term of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in September 2008 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Diaz shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   April 28, 2015

_____
UNITED STATES DISTRICT JUDGE