AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00088-KJM   Document 380   Filed 05/14/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:07CR00088-04-KJM |
| JOSE LUIS VILLANUEVA DIAZ | ) |
| | ) USM No: 16907-097 |
| Date of Original Judgment: 09/15/2008 | ) |
| Date of Previous Amended Judgment: | ) David M. Porter, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    135    months **is reduced to**    120 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   09/19/2008   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   05/13/2015

_____
UNITED STATES DISTRICT JUDGE

Effective Date:   11/1/2015              District Judge Kimberly J. Mueller
*(if different from order date)*            *Printed name and title*